IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| PETROFF TRUCKING COMPANY, INC )<br>and A&A HAULING, INC. )<br> )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>INTERNATIONAL BROTHERHOOD )<br>OF TEAMSTERS LOCAL 525, WALSH )<br>CONSTRUCTION COMPANY, )<br>GLENN A. ZIPP and THE ILLINOIS )<br>OF TRANSPORTATION )<br> )<br>    DEFENDANTS ) | Case No. 12-MR-115 |

**NOTICE OF REMOVAL**

To:   Mr. Thomas G. Maag
       The Maag Law Firm, LLC
       Attorney for Plaintiffs
       22 West Lorena Ave.
       Wood River, IL 62095

Defendant International Brotherhood of Teamsters Local 525 hereby files with you a copy of their Petition for Removal of the above-titled action to the United States District Court for the Southern District of Illinois, located at 301 West Main Street, Benton, Illinois, 62812. The original of the Petition for Removal has been filed with the aforementioned United States District Court.

                                          Respectfully submitted,

                                          SCHUCHAT, COOK & WERNER

                                          J. Christopher Chostner (IL Bar #205830)
                                          George O. Suggs (MBE 31641)
                                          1221 Locust Street, Second Floor
                                          St. Louis, MO 63103-2364

EXHIBIT C

(314) 621-2626
Fax: (314) 621-2378
jcc@schuchatcw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of June, 2012, a copy of the foregoing was mailed via first-class mail, postage prepaid to:

Mr. Thomas G. Maag
The Maag Law Firm, LLC
22 West Lorena Ave.
Wood River, IL 62095
Attorney for Plaintiffs

George O. Suggs